IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS-SONOMA INC., a California corporation,

    Plaintiff,

v.

ESTYLE INC., dba BABYSTYLE, INC., a California corporation,

    Defendant.

No. C 06-01990 WHA

**ORDER GRANTING IN PART REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

The Court hereby **CONTINUES** the case management conference to **JUNE 29, 2006, AT 11:00 A.M.** All related deadlines are extended accordingly. Please file a joint case management statement no later than June 22, 2006.

**PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.**

**IT IS SO ORDERED.**

Dated: June 12, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE