IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS-SONOMA INC,

    Plaintiff,

  v.

ESTYLE INC,

    Defendant.

No. C 06-01990 WHA

**ORDER DENYING EXTENSION OF TIME TO RESPOND TO CROSS-CLAIMS**

The court has received parties' stipulation asking to indefinitely postpone the due date of defendant's response to cross claims. This stipulation is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 27, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\WHAALL\2006Civ\06-01990 Williams Sonoma\deny extension cross claims.wpd