UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**WILLIAMS-SONOMA, INC.,**
**a California corporation,**

**Plaintiff,**

**v.**

**ESTYLE, INC., dba BABYSTYLE, INC.,**
**a California corporation,**

**Defendant.**

**AND**

**ESTYLE, INC., dba BABYSTYLE, INC.,**
**a California corporation,**

**Counterclaim Plaintiff,**

**v.**

**WILLIAMS-SONOMA, INC.,**
**a California corporation,**

**Counterclaim Defendant.**

Case No. C 06 1990 WHA

**Stipulated Dismissal with Prejudice**

On February 18, 2007, the parties entered into a settlement agreement that fully resolves all disputes in this action.

Pursuant to their agreement, the parties stipulate to the dismissal of all claims, counterclaims, and cross-claims in this case with prejudice under Rule Fed. R. Civ. P. 41(a). A proposed order is submitted with this dismissal.

*[Signatures on next page]*

Respectfully submitted,

Dated: February 27, 2007

By: ______________________
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
Douglas A. Rettew
Counsel for Defendant
ESTYLE, INC., dba BABYSTYLE, INC.

Dated: February 28, 2007

By: ______________________
TOWNSEND AND TOWNSEND AND CREW L.L.P.
Gregory S. Gilchrist
Counsel for Plaintiff
WILLIAMS-SONOMA, INC.

2

Joint Motion to Dismiss with Prejudice
Case No. C 06 1990 WHA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**WILLIAMS-SONOMA, INC., a California corporation,**

**Plaintiff,**

**v.**

**ESTYLE, INC., dba BABYSTYLE, INC., a California corporation,**

**Defendant.**

**AND**

**ESTYLE, INC., dba BABYSTYLE, INC., a California corporation,**

**Counterclaim Plaintiff,**

**v.**

**WILLIAMS-SONOMA, INC., a California corporation,**

**Counterclaim Defendant.**

Case No. C 06-01990 WHA

**Dismissal Order**

Pursuant to Rule Fed. R. Civ. P. 41(a), this Court, having found good cause, enters the following dismissal and order:

1. Plaintiff's claims in this action are dismissed with prejudice.
2. Defendant's counterclaims in this action are dismissed with prejudice.
3. Plaintiff's cross-claims in this action are dismissed with prejudice.
4. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED:

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup

Dated: March 1, 2007

The Honorable William Alsup
UNITED STATES DISTRICT JUDGE